```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```
| In re: | Case No. 23-42634-nhl |
|---|---|
| Peter Julian DePaola | Chapter 7 |
| Debtor | Hon. Nancy Hershey Lord |

```
-------------------------------------------------------------------X
```

### ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

**THIS MATTER,** having been opened to the Court on the motion of Scott J. Goldstein, Esq. and the Law Offices of Wenarsky & Goldstein, LLC, counsel to the debtor in this matter, seeking an Order permitting counsel to withdraw from representation; and a hearing having been held before the Court on August 13, 2024, at which appeared Michael T. Conway (Counsel to Thea Francesca DAdamo), Scott J. Goldstein (Counsel to Debtor), Christopher Graver (Counsel to Bryan Jaeger), Ron Kilgard (Counsel to Bryan Jaeger), Peter Julian Depaola (Debtor), Gary F. Herbst (Counsel to Trustee), Jacqulyn Somers Loftin (Counsel to Trustee), Denis C. Dice (Counsel to PTR, Inc.), Anna Pia Felix (Counsel to Thea D'Adamo), Paul Benjamin Koepp (Counsel to Dinosaur Financial Group); and no opposition having been filed or otherwise raised; and for good cause shown,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The motion be and is hereby granted as follows;

2. Scott J. Goldstein and the Law Offices of Wenarsky & Goldstein, LLC are hereby relieved as counsel for the Debtor and may withdraw from this matter.



Dated: August 14, 2024
Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**