UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

PETER JULIAN DEPAOLA,

                Debtor.
-----------------------------------------------------------------x

Chapter 7
Case No. 23-42634 (NHL)

## STIPULATION AND ORDER EXTENDING THE TRUSTEE'S TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE TO JANUARY 21, 2025

**WHEREAS** on July 26, 2023 ("Filing Date"), the Debtor, through counsel, filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York ("Court"); and

**WHEREAS**, pursuant to the Order entered on November 20, 2023, the last day to file claims in the Debtor's chapter 11 proceeding was January 19, 2024. See ECF No. 30; and

**WHEREAS,** by Order of the Court dated July 17, 2024, the Debtor's Chapter 11 was converted to one under Chapter 7 of the Bankruptcy Code. See ECF No. 79; and

**WHEREAS**, Gregory Messer was appointed as the interim Trustee of the Debtor's estate, has since duly qualified and the permanent Trustee administering the Debtor's estate; and

**WHEREAS**, after the Trustee's appointment, the Trustee scheduled the Debtor's meeting of creditors, pursuant to Bankruptcy Code section 341 ("Meeting of Creditors"), for August 22, 2024; and

**WHEREAS,** on August 22, 2024, the Trustee and his counsel conducted the Meeting of Creditors, and the Debtor failed to appear. The Trustee adjourned the Meeting of Creditors until September 9, 2024, at 2:00 p.m.; and

**WHEREAS**, in an email dated Friday, August 23, 2024, the Trustee, through counsel, advised the Debtor of the adjourned date of the Meeting of Creditors and advised the Debtor that his appearance is expected; and

**WHEREAS**, on September 9, 2024, at 2:00 p.m., the Trustee and his counsel appeared at the Meeting of Creditors; and

**WHEREAS**, despite the notice provided by Trustee's counsel, the Debtor again failed to appear as required under Bankruptcy Code section 521; and

**WHEREAS**, the Trustee needs to extend his time to objection to the Debtor's discharge because of the Debtor's failure fulfil his obligation under Bankruptcy Code section 521, and failure to provide the Trustee with the information necessary to perform his investigation; and

**WHEREAS**, the last day to file a complaint objecting to the Debtor's discharge was October 21, 2024; and

**WHEREAS**, the Trustee requested, and the Debtor consented to, an extension of the Trustee's time to object to the Debtor's discharge as set forth herein; and

**NOW THEREFORE** it is stipulated and agreed by and between the undersigned that:

1. The Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to Bankruptcy Code section 727 shall be extended from October 21, 2024 through and including January 21, 2025, without prejudice to the Trustee's right to seek a further extension of such time.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

3. The parties hereby consent to the entry of the stipulation as an order in this proceeding.

Dated: September 24, 2024
     Wantagh, New York

**LaMonica Herbst & Maniscalco, LLP**
Counsel to Gregory M. Messer, Trustee

By: *s/ Jacqulyn S. Loftin*
    Jacqulyn S. Loftin, Esq.
    3305 Jersulam Aveue, Suite 201
    Wantagh, New York 11793
    Telephone: 516.826.6500

Dated: September 24, 2024
     Brooklyn, New York

**Law Firm of Caelyn T. Canace, PPLC**
Counsel Peter Julian DePaola, Debtor

By: *s/ Caelyn T. Canace*
    Caelyn T. Canace, Esq.
    1599 East 15th Street, Suite 5
    Brooklyn, New York 11230
    Telephone: 646.455.1011

**SO ORDERED**

Dated: October 4, 2024
     Brooklyn, New York



_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**