**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Jacqulyn S. Loftin, Esq.**
**Partner**
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

January 3, 2025

***Via ECF & Electronic Mail***
Honorable Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800
nhl_hearings@nyeb.uscourts.gov

**In re   Peter Julian Depaola**
**Chapter 7**
**Case No. 23-42634-NHL**

Dear Judge Lord:

This firm is counsel to Gregory Messer, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Peter Julian Depaola.

This letter shall confirm that the hearing on the motion of TD Bank, N.A. for termination of the automatic stay [Dkt. No. 112] scheduled for January 15, 2025 at 11:00 a.m., is adjourned, on consent of all parties, to **February 20, 2025 at 11:00 a.m.**

Respectfully,

*/s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin

JSL:rrl
cc via e-mail:  Jeremy Sussman, Esq.
Brett L. Messinger, Esq.
Caelyn T. Canace, Esq.
Jeffrey K. Cymbler, Esq.
Anna Pia D. Felix, Esq.
Michael T. Conway, Esq.
Gregory Messer, Chapter 7 Trustee