# LAMONICA HERBST & MANISCALCO, LLP

*Moving Forward. Staying Ahead.*®

**Gary F. Herbst, Esq.**
**Member**
p: 516.826.6500 x223
gh@lhmlawfirm.com

May 26, 2026

***Via ECF & Electronic Mail***
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
ess_hearings@nyeb.uscourts.gov

> **In Re: Peter Julian DePaola**
> **Chapter 7**
> **Case No. 23-42634 (ESS)**

Dear Judge Stong:

This firm is counsel to Gregory M. Messer, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Peter Julian DePaola ("Debtor").

This letter is to provide the Court with a status of the pending matters in the above-referenced bankruptcy estate.

Please be advised that the Parties are still in the process of determining if any additional documents are needed so that Thea Francesca D'Adamo, the Debtor's sister, can complete their analysis of the financial obligations of the Debtor.

We believe, at this time, that the Parties are moving closer to concluding this matter and request a short adjournment of the pending matters that are on for June 1, 2026 at 2:00 p.m., and respectfully request this matter be put out for 2-3 weeks based on the Court's availability.

Please advise if the adjournment of the status conference is acceptable and the date the Court may be able to adjourn these matters to.

Thank you for your consideration.

> Respectfully,
> ***/s/ Gary F. Herbst***
> Gary F. Herbst

GFH:rrl
cc:    Gregory M. Messer, Trustee
       Peter Julian DePaola @ pete.depaola@gmail.com
       Anna Pia Felix, Esq. @ afelix@lpgmlaw.com
       Chris Graver, Esq. @ cgraver@kellerrohrback.com
       Melanie A. FitzGerald @ mfitzgerald@lhmlawfirm.com